IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| WILLIAM TAYLOR III,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-04171-KBH |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William Taylor III and Defendant Experian Information Solutions, Inc. ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated November 15, 2023

/s/ Ari H. Marcus
Ari H. Marcus, Esq.
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
Email: ari@marcuszelman.com
*Attorney for Plaintiff*

/s/ Katherine E. Nugent
Katherine E. Nugent, Esq.
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Email: knugent@jonesday.com
*Attorney for Defendant*

/s/ Mohammad A. Ghiasuddin
Mohammad A. Ghiasuddin, Esq.
MARGOLIS EDELSTEIN
170 S. Independence Mall, W.
Philadelphia, PA 19106
Telephone: (215) 931-5802
Email: mghiasuddin@margolisedelstein.com
*Attorney for Defendant*

132113353v3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on November 15, 2023 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Ari H. Marcus

132113353v3